

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ABEL LACHICA, | § | No. 08-21-00022-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| IRASEMA MEDINA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCM3579) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.